**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 14-6508**

─────────

TERRENCE EDMOND TATE,

        Plaintiff - Appellant,

    v.

BILLY MARTIN, Head of Medical; J. KELLY, Tillery Unit
Manager; JOHN DOE; KENNETH M. JONES, Inmate Grievance
Examiner,

        Defendants - Appellees,

    and

MR. JONES, Physician; MR. JONES; DR. SAMI HASAN; JENNIFER
LANGLEY; LEWIS O. SMITH; BURLESON; HUDSON; BURNS; EUDG; JOHN
DOE #1; WALH; EUBERT; ALMOND; ROCKY HONEYCUTT; KELLY
TILLERY; KENDDAL; MS. LUTHER; MORRISON; JANE DOE #1; JANE
DOE #2; HILDRETH TILLERY; BOYD BENNETT; ROBERT C. LEWIS,

        Defendants.

─────────

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Thomas D. Schroeder,
District Judge. (1:10-cv-00616-TDS-JLW)

─────────

Submitted: August 28, 2014      Decided: September 2, 2014

─────────

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Terrence Edmond Tate, Appellant Pro Se.  Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Edmond Tate appeals the magistrate judge's order denying his motion for the appointment of counsel, the district court's text order denying Tate's motions to compel, and the district court's final order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tate v. Martin, No. 1:10-cv-00616-TDS-JLW (M.D.N.C. May 10, 2012; Jan. 3, 2014; Mar. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED